IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROBERT ALLAN NODINE,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3914

Opinion filed May 3, 2016.

Petition for Writ of Habeas Corpus. Original jurisdiction.

Robert Nodine, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Kathryn Lane, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      DENIED.

ROBERTS, CJ., LEWIS and RAY, JJ., CONCUR